## (November 14, 1961)

ADRIENNE WHITE et al., Appellants, v. JUDSON COMMERCIAL CORPORATION et al., Defendants, and LYNDA DICK, Respondent.—

The

notes in question were given pursuant to an agreement identical in form with that before this court in *Flynn* v. *Dick* (13 A D 2d 756). All of the questions raised were considered on that appeal and resolved contrary to the contentions of the defendants. As the transactions are identical, *stare decisis* compels the same result. Settle order on notice. Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ.